| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Aaron Hendrick–Marshall<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–3459<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: 13  11/20/25 | |
| Case number: | 25–81567 | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Aaron Hendrick–Marshall | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7603 Cadet Rd.<br>Machesney Park, IL 61115 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105–4127 | Contact phone 815–968–5354 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 11/21/25 |

**For more information, see page 2**

Official Form 309I  **Notice of Chapter 13 Bankruptcy Case**  page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 15, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 453 028 1715, and Passcode 2249491613, OR call 1–815–447–3811**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/13/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/29/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/19/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **1/8/26** at **10:00 AM** , Location: **Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 291 5226 and passcode 852255.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 25-81567-TML
Aaron Hendrick-Marshall  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: admin      Page 1 of 4
Date Rcvd: Nov 21, 2025      Form ID: 309I      Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron Hendrick-Marshall, 7603 Cadet Rd., Machesney Park, IL 61115-3017 |
| 31748412 | + | All State Insurance, 3100 Sander Rd, Northbrook, IL 60062-7154 |
| 31748413 | | Alliant Energy, 4902 N Biltmore Ln, Appleton, WI 54914 |
| 31748415 | + | Allstate Insurance Company, 2775 Sanders Rd., Northbrook, IL 60062-6127 |
| 31748418 | + | Captial Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 31748421 | + | Celtic Bank Corporation, attn Blue Vine Processory and Servi, 401 Warren Street, Redwood City, CA 94063-1536 |
| 31748423 | | Chase Bank, Attn Bankruptcy, PO box 152898, Wilmington, DE 19850 |
| 31748429 | | Credit ninja, 27 N Upper Wacker Dr #404, Chicago, IL 60606 |
| 31748432 | + | Eric Pratt Law Firm PC, 5411 E State St. Ste 202, Rockford, IL 61108-2376 |
| 31748438 | + | First Progress, Att Bk Dept, Po Box 9053, Johnson City, TN 37615-9053 |
| 31748440 | + | First Secuirty Bank, 501 East Lewis and Clark Pkw, Clarksville, IN 47129-1796 |
| 31748446 | + | LJ Ross & Assco, Att Bk Dept, 4 Universal Way, Jackson, MI 49202-1455 |
| 31748452 | + | Mercy Health System, 29630 Network Place, Chicago, IL 60673-1296 |
| 31748462 | + | Progressive Leasing, 5920 Landerbroo Dr, Cleveland, OH 44124-6506 |
| 31748468 | + | Security Card Service, Att Bk Dept, Po Box 1156, Oxford, MS 38655-1156 |
| 31748469 | + | Smart Pay Leasing, 4809 N ravenswood Ave Ste 419, Chicago, IL 60640-4417 |
| 31748482 | + | Velocity Investments, 800 SW 39th St, Renton, WA 98057-4927 |
| 31748485 | + | Wilmington Trust, Att: Bankruptcy, 1100 North Market Street, Wilmington, DE 19890-1100 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Nov 21 2025 23:20:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | ^ | MEBN | Nov 21 2025 23:12:46 | Lydia Meyer, Lydia Meyer - 13 Trustee, P.o. Box 14127, Rockford, IL 61105-4127 |
| ust | + | Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Nov 21 2025 23:23:00 | Adam G. Brief, Office of the U.S. Trustee, Region 11, 780 Regent Street, Suite 304, Madison, WI 53715-1292 |
| 31748414 | | Email/Text: BankruptcyNotices@alliantenergy.com | Nov 21 2025 23:21:00 | Alliant Energy, Po Box 3068, Cedar Rapids, IA 52406 |
| 31748416 | + | EDI: TSYS2 | Nov 22 2025 04:02:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 31748427 | | Email/Text: cfcbackoffice@contfinco.com | Nov 21 2025 23:22:00 | Continental Finance/Matrix, 4550 Linden Hill Rd Ste 4, Wilmington, DE 19808 |
| 31748417 | + | EDI: AIS.COM | Nov 22 2025 04:02:00 | Cap One, Bankruptcy Dept, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31748419 | + | EDI: CAPITALONE.COM | | |

Case 25-81567   Doc 11   Filed 11/23/25   Entered 11/23/25 23:16:32   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0752-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: 309I | Total Noticed: 77 |

| Recipient ID | Code | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Nov 22 2025 04:02:00 | Captial One, c/o President Richard D. Fairbank, 1680 Captial One Drive, Mc Lean, VA 22102-3407 |
| 31748420 | + | Email/Text: SNagel@cedarfinancial.com | Nov 21 2025 23:22:00 | Cedar Financial, 5230 Las Virgenes Rd, Calabasas, CA 91302-3448 |
| 31748422 | + | Email/Text: bzern@celticbank.com | Nov 21 2025 23:25:00 | Celtic Bank Corporation, Att Bk Dept, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 31748424 | | EDI: CITICORP | Nov 22 2025 04:02:00 | Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 31748425 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 21 2025 23:24:00 | ComEd, PO Box 6111, Carol Stream, IL 60197-6111 |
| 31748426 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 21 2025 23:24:00 | ComEd, Bankruptcy Section, 1919 Swift Dr, Oak Brook, IL 60523-1502 |
| 31748428 | + | EDI: CCS.COM | Nov 22 2025 04:02:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 31748430 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 23:25:27 | Credit one Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 31748431 | | EDI: DISCOVER | Nov 22 2025 04:02:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 31748450 | | EDI: CITICORP | Nov 22 2025 04:02:00 | Macys/DSNB, 701 D 60th St North, Sioux Falls, SD 57104 |
| 31748449 | | EDI: CITICORP | Nov 22 2025 04:02:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 31748439 | | Email/Text: BNSFS@capitalsvcs.com | Nov 21 2025 23:22:00 | First Savings Bank, Att Bk Dept, Po Box 5019, Sioux Falls, SD 57117 |
| 31748433 | | EDI: TCISOLUTIONS.COM | Nov 22 2025 04:02:00 | First Access, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 31748434 | ^ | MEBN | Nov 21 2025 23:14:49 | First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 31748436 | + | EDI: AMINFOFP.COM | Nov 22 2025 04:02:00 | First Premier Bank, Attn: Bankruptcy, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 31748435 | + | EDI: AMINFOFP.COM | Nov 22 2025 04:02:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 31748437 | + | EDI: AMINFOFP.COM | Nov 22 2025 04:02:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5529, Sioux Falls, SD 57117-5529 |
| 31748441 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Nov 21 2025 23:24:00 | FirstPoint collection, Att Bk dept, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 31748443 | + | EDI: PHINGENESIS | Nov 22 2025 04:02:00 | Genesis FS CArd Services, 15220 NW Greenbrier Pkwy Ste 200, Beaverton, OR 97006-5762 |
| 31748442 | + | EDI: PHINGENESIS | Nov 22 2025 04:02:00 | Genesis FS CArd Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 31748444 | | EDI: JEFFERSONCAP.COM | Nov 22 2025 04:02:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 31748445 | + | EDI: CAPITALONE.COM | Nov 22 2025 04:02:00 | Khols, Att Bk Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 31748448 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 23:37:07 | LVNV Funding, Resurgent Captial Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31748451 | + | Email/Text: custserv@mhemail.org | Nov 21 2025 23:23:00 | Mercy Health, 1000 Mineral Point Ave, Janesville, WI 53548-2982 |
| 31748452 | ^ | MEBN | Nov 21 2025 23:16:35 | Mercy Health System, 29630 Network Place, Chicago, IL 60673-1296 |
| 31748453 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 25-81567   Doc 11   Filed 11/23/25   Entered 11/23/25 23:16:32   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0752-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: 309I | Total Noticed: 77 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2025 23:25:44 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 31748454 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 23:23:00 | Midland Credit Management Inc, PO Box 2037, Warren, MI 48090-2037 |
| 31748456 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2025 23:22:00 | Nationstart Mortgage LLC/Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 31748455 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2025 23:22:00 | Nationstart Mortgage LLC/Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 31748457 | + | Email/Text: bankrup@aglresources.com | Nov 21 2025 23:21:00 | Nicor Gas, PO Box 549, Aurora, IL 60507-0549 |
| 31748459 | | EDI: PRA.COM | Nov 22 2025 04:02:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 31748458 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 23:25:58 | Pinnacle Credit Services LLC, Resurgent Captial Services, Po Box 10587, Greenville, SC 29603-0587 |
| 31748461 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 21 2025 23:22:00 | Progressive, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 31748464 | + | EDI: Q3G.COM | Nov 22 2025 04:02:00 | Quantum3 Group, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 31748465 | + | EDI: Q3G.COM | Nov 22 2025 04:02:00 | Quantum3 Group, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 31748463 | + | EDI: Q3G.COM | Nov 22 2025 04:02:00 | Quantum3 Group, Credit Corp Solutions Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 31748466 | + | Email/Text: mpapoccia@rvfcu.org | Nov 21 2025 23:23:00 | Rock Vally Credit Union, Att Bankruptcy, 1201 Clifford Dr, Loves Park, IL 61111-4725 |
| 31748470 | | Email/Text: bankruptcy@springoakscapital.com | Nov 21 2025 23:21:00 | Spring Oaks Capital, Attn Bankruptcy, PO Box 1216, Chesapeake, VA 23327 |
| 31748467 | + | Email/Text: bncmail@w-legal.com | Nov 21 2025 23:22:00 | Scolopax, LLC, c/o Weinstein & Riley PS, 749 Gateway Suite G-601, Abilene, TX 79602-1196 |
| 31748471 | ^ | MEBN | Nov 21 2025 23:15:43 | Synovus Bank, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 31748472 | | Email/Text: bncmail@w-legal.com | Nov 21 2025 23:23:00 | TD Bank USA, c/o Weinstein & Riley PS, 1415 Western Ave Ste 700, Seattle, WA 98101 |
| 31748475 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 23:21:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 31748474 | + | EDI: TCISOLUTIONS.COM | Nov 22 2025 04:02:00 | The Bank of Missouri, 2700 S Lorraine Pla, Sioux Falls, SD 57106-3657 |
| 31748473 | + | EDI: TCISOLUTIONS.COM | Nov 22 2025 04:02:00 | The Bank of Missouri, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 31748476 | + | Email/Text: bankruptcy@cottonwoodfinancial.com | Nov 21 2025 23:22:00 | The Cash Store, 1901 Gateway Dr Ste 200, Irving, TX 75038-2425 |
| 31748477 | | EDI: TCISOLUTIONS.COM | Nov 22 2025 04:02:00 | Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 31748478 | + | EDI: TCISOLUTIONS.COM | Nov 22 2025 04:02:00 | Total Visa, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 31748481 | | Email/Text: bankruptcies@uplift.com | Nov 21 2025 23:21:00 | Uplift, 440 N Wolfe Rd., Sunnyvale, CA 94085 |
| 31748480 | | Email/Text: bankruptcies@uplift.com | Nov 21 2025 23:21:00 | Uplift, 801 El Camino Real, Menlo Park, CA 94025 |
| 31748479 | + | Email/Text: EBankruptcy@UCFS.NET | Nov 21 2025 23:25:00 | United Consumer Fina Services, Att Bk Dept, 865 Bassett Rd, Westlake, OH 44145-1142 |
| 31748483 | | Email/Text: bnc_4301@velocityrecoveries.com | Nov 21 2025 23:23:00 | Velocity Investments, 1800 Route 34N Ste 305, |

Case 25-81567   Doc 11   Filed 11/23/25   Entered 11/23/25 23:16:32   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0752-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: 309I | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | Belmar, NJ 07719 |
| 31748484 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2025 23:22:00 | Wilmington Trust, c/o Nationstar Mortgage LLC, Po Box 619096, Dallas, TX 75261-9096 |
| 31748486 | + | Email/Text: bk@worldacceptance.com | Nov 21 2025 23:24:24 | World Finance, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31748447 | ##+ | LOGS Legal Group LLP, 2121 Waukegan Rd Ste 301, Bannockburn,, IL 60015-1831 |
| 31748460 | ##+ | Progressive, 5600 N River Rd. Ste 150, Des Plaines, IL 60018-5102 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Aaron Hendrick-Marshall cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Lydia Meyer | ECF_LMIL@trustee13.com |

TOTAL: 3